UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Martha A. Kosky                Case No. 8:10-bk-02129-KRM
        137 Alpine Circle              Chapter 7
        Bradenton, Fl. 34208


ORDER GRANTING MOTION TO EXTEND TIME

THIS CASE came on for consideration on the Motion to extend Time to file Objection to Claimed Exemption (Doc No.13) ("Motion") by Ernest S. Marshall ("Movant").  In considering the Motion, the Court notes that it is the first time Movant has sought such an extension. It is this Court's policy to grant one such extension for a period of 60 days without a hearing or order directing a response.  Accordingly, it is

ORDERED that the deadline to file Objection to Claimed exemption is extended for an additional 60 days.  Any further extensions shall be granted if the debtor has no objection or after a hearing on notice to the debtor(s).

DONE AND ORDERED on _April 8_____, 2010.

_____
K. Rodney May
United States Bankruptcy Judge