UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                           Case No. 8-10-bk-02129-KRM

MARTHA A. KOSKY,                                                 Chapter 7 Case
    Debtor.
_____/

ORDER SUSTAINING CREDITOR'S OBJECTION TO
DEBTOR'S CLAIM OF EXEMPTIONS

THIS CAUSE, having come before the Court on Creditor, Ernest S. Marshall's Objection to Debtor's claim of exemption, upon hearing oral arguments of the interested parties, reviewing the file, and being otherwise duly advised and briefed on the issues, and for the reasons stated in open court, it is therefore, ORDERED, ADJUDGED, AND DECREED as follows:

1. The creditor's objection to the debtor's claim of exemption is SUSTAINED, and the debtor, Martha A. Kosky, shall not be permitted to claim as exempt the asset identified in her schedules as "Back Child Support due from Ex-Husband."

2. The trustee assigned in this case shall have thirty (30) days from the date of this Order to commence administration efforts of this asset, or expressly abandon the asset.

3. The creditor's request that the debtor be required to turn over [*strikethrough: turnover*] to the trustee the sums claimed as exempt is hereby DENIED.

Done and ordered in Tampa, FL, on January 27, 2011

_____
K. Rodney May
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.