B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Martha A Kosky
                                      Debtor

Case No.   8:10-bk-02129

Chapter   7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 112,262.00 | | |
| B - Personal Property | Yes | 4 | 15,173.26 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 127,283.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 25,377.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,944.35 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,296.41 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| | | Total Assets | 127,435.26 | | |
| | | Total Liabilities | | 152,660.97 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Martha A Kosky
              Debtor,

Case No.   8:10-bk-02129

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | 2,944.35 |
| Average Expenses (from Schedule J, Line 18) | 3,296.41 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,952.00 |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 15,021.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 25,377.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 40,398.97 |

B6C (Official Form 6C) (12/07)

In re  Martha A Kosky , Case No.  8:10-bk-02129
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Debtor's Homestead Property | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 100% | 112,262.00 |
| Lot 20 and that part of Lot 19 described as follows: Begin at the SW corner of Lot 19 thence run N 55°8'34" Westerly along the SW line of Lot 19, 95 feet, thence run along lot line and roadway of Alpine Circle and arc distance of 71.43 feet having a radius of 95 feet, thence SE 95 feet along radial line to the Point of Beginning. All being in Manatee Palms Subdivision, Unit One, Phase One, as per Plat thereof recorded in Plat Book 15, Pages 25 and 26 of the Public Records of Manatee County, Florida. | | | |
| 137 Alpine Circle | | | |
| Bradenton, Fl 34208 | | | |
| **Cash on Hand** | | | |
| Cash | Fla. Const. art. X, § 4(a)(2) | 25.00 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account with Grow Financial Federal Credit Union | Fla. Const. art. X, § 4(a)(2) | 11.68 | 11.68 |
| Savings Account with Grow Financial Federal Credit Union | Fla. Const. art. X, § 4(a)(2) | 14.43 | 14.43 |
| Checking Account with Wachovia | Fla. Const. art. X, § 4(a)(2) | 0.54 | 0.54 |
| Savings Account with Wachovia | Fla. Const. art. X, § 4(a)(2) | 2.61 | 2.61 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Florida Power and Light | Fla. Const. art. X, § 4(a)(2) | 230.00 | 230.00 |
| 2344 12th Street | | | |
| Sarasota, Fl | | | |

  2   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re  Martha A Kosky , Case No.  8:10-bk-02129
          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings**<br>3 Living room chairs<br>2 Tables<br>2 Pictures<br>2 Mirrors<br>2 Desks<br>1 Small corner shelf<br>2 Double Beds<br>1 Twin Bed<br>1 Shelf<br>1 Chair<br>2 End tables<br>2 Televisions<br>1 Small Dresser<br>1 Dresser<br>1 Dining Table<br>3 Chairs<br>1 Cabinet<br>1 Washing Machine<br>1 Dryer<br>1 Patio Table<br>4 Chairs<br>1 Wrought Iron Table<br>4 Wrought Iron Chairs<br>Miscellaneous Kitchen Utensils and appliances<br>Miscellaneous towels and linens | Fla. Const. art. X, § 4(a)(2) | 560.00 | 560.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Decorative hangings | Fla. Const. art. X, § 4(a)(2) | 30.00 | 30.00 |
| **Wearing Apparel**<br>Debtor's Clothing | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| **Furs and Jewelry**<br>Costume Jewelry | Fla. Const. art. X, § 4(a)(2) | 45.00 | 45.00 |
| **Interests in Insurance Policies**<br>State Farm Life Insurance | Fla. Const. art. X, § 4(a)(2) | 100% | Unknown |
| Life Insurance with Take Care (through employer) | Fla. Const. art. X, § 4(a)(2) | 100% | Unknown |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>IRA with Grow Financial | Fla. Stat. Ann. § 222.21(2) | 100% | Unknown |
| **Alimony, Maintenance, Support, and Property Settlements**<br>Back Child Support due from Ex- Husband | Fla. Stat. Ann. § 222.25(4) | 4,000.00 | 13,424.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>1993 Honda Accord<br>VIN: 1HGCB9856PA002790<br>Mileage: 189,000 | Fla. Stat. Ann. § 222.25(1) | 750.00 | 750.00 |
| **Office Equipment, Furnishings and Supplies**<br>1 Computer with Printer | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |

Sheet  1  of  2  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re    Martha A Kosky                                              Case No.   8:10-bk-02129
                        Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** <br> 1 dog <br> 1 cat | Fla. Const. art. X, § 4(a)(2) | 0.00 | 0.00 |
| **Other Personal Property of Any Kind Not Already Listed** <br> Miscellaneous Hand Tools | Fla. Const. art. X, § 4(a)(2) | 20.00 | 20.00 |

Total: 5,749.26    127,435.26

Sheet   2   of   2   continuation sheets attached to the Schedule of Property Claimed as Exempt