# ERNEST S. MARSHALL, P.A.
ATTORNEY AT LAW
615 - 9th STREET WEST
BRADENTON, FLORIDA 34205

GENERAL PRACTICE
REAL PROPERTY
WILLS, ESTATES AND
ESTATE PLANNING
TRIAL PRACTICE — GENERAL

6-1-00

AREA CODE (813)
PHONE 746-2151
FAX (813) 747-9621

RE: Courtney, Martha - Courtney, John
(Dissolution of marriage)

Dear Client:

This will confirm our agreement that the fees for representing you in this case will be as follows:

**If Uncontested:**

A. Court costs estimated to be approximately undetermined.
B. Attorney's fees: $185.00 per hour payable on or before final hearing.

**If Contested:**

A. All court Costs and expenses incurred by the undersigned.
B. Attorney's fees at the rate of $185.00 per hour, payable on demand, 1% interest per month, will be calculated on balances past due 30 days, and attorney's fees to enforce payment, if necessary.
C. Minimum retainer to be paid immediately of $2,000.00.
D. Contested shall mean any negotiation between myself and anyone else for your benefit, yourself, or Counsel for other persons, or anyone else to settle any issues in your case or business matter related to your case with or without legal proceedings or the necessity of filing pleadings.
E. In the event that it becomes necessary to enforce the terms of this fee agreement, you will be responsible for paying all court costs and a reasonable attorney's fee for collection of same.

If the above fee arrangement is acceptable to you, please sign this original letter and copy, retaining the original for your file and returning the copy to me for mine.

DATE: 6-1-00

_____
ERNEST S. MARSHALL

X Martha Courtney

ESM/ta


PLAINTIFF'S EXHIBIT 1 6-5-09

FILED FOR RECORD R.B. SHORE  2009 JUN 16 AM 9:52  CLERK OF CIRCUIT COURT MANATEE CO. FLORIDA