UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

MARTHA A. KOSKY,                       Case No. 8:10-bk-2129-KRM
                                              Chapter 7
    Debtor.
_____/

**ORDER SUSTAINING CREDITOR'S OBJECTION
TO DEBTOR'S AMENDED CLAIM OF EXEMPTION**

THIS CASE came on for hearing on May 17, 2011, on the Objection to Debtor's Claim of Super Exemption (Document No. 34), and the Motion for Reconsideration of Order Granting Motion for Turnover of Property of the Estate (Document No. 42), filed by the creditor, Ernest S. Marshall. For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, it is

**ORDERED** as follows:

1. The Objection to Debtor's Claim of Super Exemption (Document No. 34) is sustained, and the debtor, Martha A. Kosky, shall not be permitted to claim as exempt the asset identified in her amended schedules as "$4,000.00 of back child support due from ex-husband".

2. The Motion for Reconsideration of Order Granting Motion for Turnover of Property of the estate (Document No. 42) is granted.

3. The Order Granting Motion for Turnover of Property of the Estate (Document No. 40) is hereby vacated.

**DONE and ORDERED** in Chambers at Tampa, Florida on June 6, 2011.

K. Rodney May
United States Bankruptcy Judge

Copies to be provided by CM/ECF service